IN THE UNTED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON

| | |
|---|---|
| PERRY SIMON, III | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 2:15-cv-02251-RDP |
| | ) |
| HARSCO AND UNITED | ) |
| STEELWORKERS OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## JOINT SITPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Perry Simon, Defendants Harsco and United Steelworkers of American stipulate to the dismissal of Harsco with prejudice, with each party to bear her or its own costs and fees, and further stipulate to the dismissal of United Steelworkers of America without prejudice, each party to bear their own costs and fees.

Respectfully submitted,

_____
Lee D. Winston
Attorney for Plaintiff

WINSTON COOKS, LLC
505 20th Street North, Suite 815
Birmingham, AL 35203

*/s/ Richard Rouco*
Richard P. Rouco
Attorney For United Steelworkers of America

QUINN, CONNOR, WEAVER,
DAVIES & ROUCO LLP
2 – 20th Street North
Suite 930
Birmingham, AL 35203
rrouco@qcwdr.com

---

Carrie M. Harris
Attorney For Harsco

SPILMAN THOMAS & BATTLE, PLLC
310 First Street, Suite 1100
Post Office Box 90
Roanoke, Virginia 24002-0090
charris@spilmanlaw.com
 (540) 342-4480 (fax)

---

Jeffrey D. Patton
Attorney For Harsco

SPILMAN THOMAS & BATTLE, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, North Carolina 27103
(336) 725-4710
tpatton@spilmanlaw.com

_____
Richard P. Rouco
Attorney For United Steelworkers of America

QUINN, CONNOR, WEAVER,
DAVIES & ROUCO LLP
2 – 20th Street North
Suite 930
Birmingham, AL 35203
rrouco@qcwdr.com

_____
Carrie M. Harris
Attorney For Harsco

SPILMAN THOMAS & BATTLE, PLLC
310 First Street, Suite 1100
Post Office Box 90
Roanoke, Virginia 24002-0090
charris@spilmanlaw.com
(540) 342-4480 (fax)

_____
Jeffrey D. Patton
Attorney For Harsco

SPILMAN THOMAS & BATTLE, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, North Carolina 27103
(336) 725-4710
tpatton@spilmanlaw.com